**SEALED**

**FILED**

DEC - 4 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of The Residence located at 224 El Sendero Street, Vallejo, California and the person of Alex Dean PETERSON | CASE NO. 2:17-SW-1013 AC <br><br> **UNDER SEAL** <br><br> ORDER SEALING SEARCH WARRANT RETURN, APPLICATION FOR SEARCH WARRANT, AFFIDAVIT IN SUPPORT AND SEARCH WARRANT |

## ORDER

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Search Warrant Return, which was not executed, the Application for Search Warrant, Affidavit in Support, Search Warrant and the Government's Request to Seal and this Court's Order in this case shall all be SEALED until further order of this Court.

**IT IS SO ORDERED.**

DATED: 12/4/2017

_____
HON. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

REQUEST TO SEAL SEARCH WARRANT RETURN, SEARCH WARRANT
AND [PROPOSED] ORDER SEALING DOCUMENTS