```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAMERON L. DESMOND
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```



**FILED**

JAN 25 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>THE RESIDENCE LOCATED AT 224 EL SENDERO STREET, VALLEJO, CALIFORNIA AND THE PERSON OF ALEX DEAN PETERSON | 2:17-SW-1013-AC<br><br>REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

## REQUEST TO UNSEAL

The search warrant in the above-captioned matter was executed on 12/5/2017. Follow up investigation related to this property resulted in a grand jury indictment on 12/14/2017. As a result, there is no need for the search warrant or search warrant affidavit to remain under seal. Accordingly, the United States asks that the Court order that the search warrant, search warrant affidavit, and related case filings be unsealed.

Dated: January 25, 2019

McGREGOR W. SCOTT
United States Attorney

By: _____
CAMERON L. DESMOND
Assistant United States Attorney